UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 08-23521-CIV-MORENO**

MARCOS GAMINO,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO VACATE SENTENCE**

    THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion to Vacate Sentence (**D.E. No. 1**), filed on **December 22, 2008**. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 8**) on **October 2, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that no objections to the Magistrate Judge's Report and Recommendation have been filed, and being otherwise fully advised in the premises, it is

    **ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation (**D.E. No. 8**) on is **AFFIRMED** and **ADOPTED**. Accordingly, it is

    **ADJUDGED** that:

    (1)    The Motion to Vacate Sentence is **DENIED**.

    (2)    This case is CLOSED and all pending motions are **DENIED** as moot.

    DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of November, 2009.

                                                                                           _____
                                                                                             FEDERICO A. MORENO
                                                                                             UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record